The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL SANDOVAL MONDRAGON, MARBELLA SANDOVAL MONDRAGON, MIGUEL ARCEF-FLORES, and MONICA ARCEF-FLORES, <br><br> Defendants. | NO. CR15-386 JLR <br><br> ~~(PROPOSED)~~ ORDER CONTINUING TRIAL DATE |

The Court has considered the Unopposed Motion to Continue the Trial Date of Defendant Miguel Arcef-Flores. The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure that defense counsel has adequate time for effective case preparation and to fully review the record and prepare a defense, and that failure to grant such a continuance will result in a miscarriage of justice. The Court further finds that these factors outweigh the best interests of the public and the Defendants in a speedy trial within the meaning of the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A).

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE OF MIGUEL ARCEF-FLORES - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court further finds that the period of time from June 23, 2016, until December 5, 2016, shall be excludable time pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(8)(B)(i) and (iv).

IT IS THERFORE ORDERED that the trial date in this matter is continued to December 5, 2016, and that pretrial motions shall be filed no later than October 13, 2016.

DONE this 27th day of June, 2016.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

/s/ *Catherine L. Crisham*
Assistant United States Attorney

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE OF MIGUEL ARCEF-FLORES - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SANDOVAL MONDRAGON et al./(PROPOSED) ORDER
CONTINUING TRIAL DATE OF MIGUEL ARCEF-FLORES - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970