The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ARCE FLORES,<br><br>Defendant. | NO. CR15-386 JLR<br><br>(~~PROPOSED~~) ORDER SEALING GOVERNMENT'S SENTENCING MEMORANDUM<br><br>Noting Date: March 10, 2017 |

Having read the Government's Sentencing Memorandum, in the above-captioned case, which was filed under seal, and the Government's Motion to Seal requesting that the memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum Regarding Miguel Arce Flores shall remain sealed.

DATED this 28th day of February, 2017.

JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

/s/ Catherine L. Crisham
Assistant United States Attorney

GOVERNMENT'S (PROPOSED) ORDER TO SEAL - 1
United States v. Sandoval Mondragon, CR15-386 JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970